## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LISA ALMAND, STEVE FERGUSON, ) <br> GORDON WEBBER, TERESA COLLUM, ) <br> and CHRIS LOWE, ) <br> ) <br>   Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MIDLINE AIR FREIGHT, INC., ) <br> d/b/a CORPJET TRANSPORT ) <br> SOLUTIONS, LLC; CHRIS EDEN; AND ) <br> RHONDA EDEN. ) <br> ) <br>   Defendants. ) <br> _____) | Civil Action File No.: <br><br> 1:11-cv-02435-CAP <br><br> JURY TRIAL DEMANDED |

## **ORDER**

Having duly considered the attached VOLUNTARY DISMISSAL and finding good cause therefore, the Court hereby ORDERS that this action against MIDLINE AIR FREIGHT, INC., ET AL. be dismissed without prejudice.

IT IS SO ORDERED, this <u>12th</u> day of January, 2012.


/s/Charles A. Pannell, Jr.
JUDGE CHARLES A. PANNELL